IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

FILED
IN OPEN COURT

MAY - 7 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 2:25cr 54 |
| v. | ) | |
| | ) | Delay or Destruction of Mail |
| KRISTIAN ARTHUR PEELE, | ) | 18 U.S.C. § 1703(a) |
| | ) | (Count One) |
| Defendant. | ) | |
| | ) | |

**INDICTMENT**

~~April~~ MAY 2025 TERM – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(Delay or Destruction of Mail)

Between on or about February 26, 2025 and March 1, 2025, in the Eastern District of Virginia, the defendant, KRISTIAN ARTHUR PEELE, a United States Postal Service employee, did unlawfully secrete, destroy, detain, and delay a letter, postal card, package, bag, and mail, entrusted to the defendant, and which was intended to be conveyed by mail, and carried and delivered by a carrier and other employee of the Postal Service, and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General and the Postal Service, in that the defendant discarded and caused to be discarded election mail, certified mail, and first-class mail at the 2300 block of South Street in Portsmouth, Virginia.

(In violation of Title 18, United States Code, Section 1703(a).)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

*United States v. Kristian Arthur Peele*, Criminal No. 2:25cr 54

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

ERIC S. SIEBERT
UNITED STATES ATTORNEY

By: _____
Kristen S. Taylor
Assistant U.S. Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Phone: (757) 441-6331
Fax:   (757) 441-6689
Email: Kristen.taylor2@usdoj.gov

2